THE PEOPLE ex rel. THOMAS CECIL, Respondent, *v.* THE BELLE-
    VUE HOSPITAL MEDICAL COLLEGE of the City of New
    York, of the State of New York, Appellant.

(Argued June 16, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made May 15, 1891,
which reversed an order of Special Term, directing a perem-
tory writ of mandamus to issue.

*Allan McCulloh* for appellant.

*Seaman Miller* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

GEORGE V. BROWER, as Receiver, etc., Respondent, *v.* JOSEPH
    D. BAUCUS et al., Impleaded, etc., Appellants.

(Argued June 16, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made May 11, 1891,
which affirmed an order of Special Term, restraining the
defendants from taking further proceedings in an action there-
tofore brought.

*Joseph D. Baucus, Myer Nussbaum* and *Edgar T. Brackett*
for appellants.

*Josiah T. Marean* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.